IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD DENITHORNE, JR.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 15-5220** |
| | : | |
| **JEFFREY INGEMIE, et al.,** | : | |
| Defendants. | : | |

### O R D E R

**AND NOW,** this 24th day of February, 2016, upon consideration of Defendant Wigginton's Motion to Dismiss Plaintiff's Complaint (Doc. No. 15) and any response thereto, it is hereby **ORDERED** that:

1. Count II and Count V of the Plaintiff's Complaint against Defendant Wigginton are **DISMISSED with PREJUDICE;**

2. Defendant Wigginton's Motion is **GRANTED without prejudice** with regards to Plaintiff's claim for intentional infliction of emotional distress as contained in Count IV of his Complaint;

3. Defendant Wigginton's Motion is **GRANTED with prejudice** with regards to Plaintiff's claim for defamation as contained in Count IV of his Complaint; and

4. Defendant Wigginton's Motion is **DENIED** with regards to Plaintiff's claims for assault and battery and malicious prosecution as contained in Count IV of his Complaint.

BY THE COURT:

*s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.